[Cite as *Cleveland Metro. Bar Assn. v. Kraus*, 125 Ohio St.3d 1204, 2010-Ohio-3088.]

CLEVELAND BAR ASSOCIATION *v.* KRAUS.

[Cite as *Cleveland Bar Assn. v. Kraus,*

125 Ohio St.3d 1204, 2010-Ohio-3088.]

(No. 2007-1547 — Submitted April 20, 2010 — Decided April 30, 2010.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1}  This cause came on for further consideration upon the filing of an application for reinstatement by respondent, David P. Kraus, Attorney Registration No. 0039592, last known business address in Shaker Heights, Ohio.

{¶ 2}  The court coming now to consider its order of December 11, 2007, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of two years with the second year stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A).  Therefore,

{¶ 3}  It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.  It is further ordered that respondent is placed on probation for a period of one year under Gov.Bar R. V(9).

{¶ 4}  It is further ordered that on or before thirty days from the date of this order, relator shall file with the Clerk of this court the name of the attorney who will serve as respondent's monitor, in accordance with Gov.Bar R. V(9).  It is further ordered that respondent shall also be monitored during the one-year probationary period by the Ed Keating Center, Inc., to verify Alcoholics Anonymous meeting attendance and to administer random urinalysis.  It is further ordered that at the end of respondent's probationary period, relator shall file with the Clerk of this court a report indicating whether respondent, during the probationary period, complied with the terms of the probation.

**{¶ 5}** It is further ordered that at the end of the probationary period respondent may apply for termination of probation as provided in Gov.Bar R. V(9). It is further ordered that respondent's probation shall not be terminated until (1) respondent files an application for termination of probation in compliance with Gov.Bar R. V(9)(D), (2) respondent complies with this and all other orders issued by this court, (3) respondent complies with the Rules for the Government of the Bar of Ohio, (4) relator files with the Clerk of this court a report indicating that respondent has complied with the terms of the probation, and (5) this court orders that the probation be terminated.

**{¶ 6}** It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**{¶ 7}** For earlier case, see *Cleveland Bar Assn. v. Kraus*, 116 Ohio St.3d 302, 2007-Ohio-6458, 878 N.E.2d 1028.

PFEIFER, Acting C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

The late CHIEF JUSTICE THOMAS J. MOYER did not participate in the decision in this case.

_____